August URBANEK, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 94–5285.

United States Court of Appeals, Eleventh Circuit.

Jan. 4, 1996.

Gerald S. Walsh, Walsh & Keating, S.C., Milwaukee, WI, for Appellant.

Laurie E. Rucoba, Asst. U.S. Atty., Ft. Lauderdale, FL, Gary R. Allen, Charles Bricken, Loretta C. Argrett, Kenneth L.

Greene, Tax Division, Dept. of Justice, Washington, DC, for Appellee.

Before COX, Circuit Judge, DYER, Senior Circuit Judge, and GOETTEL *, Senior District Judge.

PER CURIAM:

The district court opinion is reported at 866 F.Supp. 1414. For the reasons enunciated there, which require no elaboration by us, we affirm.